APR-03-2009 02:58PM   FROM-                                        T-305   P.002/002   F-956
                                                                              PAGE 01
04/03/2009 12:33 FAX 2123805033

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUDGE MAAS 4/7/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ #002
DATE FILED: 4/3/29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Thomassen, et al.,

　　　　　　　　　Plaintiff(s),

-against-

New Jersey Frame and Moulding Company,

　　　　　　　　　Defendant(s).
------------------------------------x

ORIGINAL

ORDER OF DISCONTINUANCE

08 Civ. 9216 (LAP)(FM)

RECEIVED
APR - 6 2009
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

　　　　It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

　　　　ORDERED that said action be and hereby is, discontinued with(out) prejudice and with(out) costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:　New York, New York
　　　　April 3, 2009

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FRANK MAAS
　　　　　　　　　　　　　　　United States Magistrate Judge

The Clerk of the Court shall mark this action closed and all pending motions denied as moot. So ordered. April 7, 2009  Loretta A. Preska

CHRISTOPHER SMITH (CS 9014)                    Craig Aisenman
Attorney(s) for Plaintiff                      (Attorney(s) for) Defendant
                                               Pro Se

Agreed and Consented to:                       Agreed and Consented to:

/s/                                            /s/